LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Sandra Southwell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY ANIMAL CONTROL; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity; DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>        Defendants. | CASE NO.: 2:18-cv-02026-APG-PAL<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Sandra Southwell ("Southwell"), by and through her counsel, Kaempfer Crowell, and Defendant, Kimberly Terese Askew ("Plaintiff"), by and through her counsel, Paola M. Armeni, Esq. of Gentile Cristalli Miller Armeni Savarese, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to

Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Southwell was served with Plaintiff's Complaint on December 22, 2018. The instant extension is requested as Southwell's Counsel requires additional time to prepare a responsive pleading to the Plaintiff's Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including January 28, 2019, for Southwell to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 14th day of January, 2019.

| KAEMPFER CROWELL | GENTILE CRISTALLI MILLER ARMENI SAVARESE |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Sandra Southwell** | By: /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>410 South Rampart Blvd., Suite 420<br>Las Vegas, Nevada 89145<br>**Attorneys for Plaintiff** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 14, 2019