| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>Email: parmeni@gcmaslaw.com<br>410 South Rampart Blvd., Suite 420<br>Las Vegas, Nevada 89145<br>Tel: (702) 880-0000<br>Fax: (702) 778-9709<br>*Attorneys for Plaintiff, Kimberly Askew* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY TERESE ASKEW<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY ANIMAL CONTROL; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>Defendants. | CASE NO. 2:18-cv-02026-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' CLARK COUNTY, CLARK COUNTY ANIMAL CONTROL AND CHIEF JASON ALLSWANG'S MOTION TO DISMISS AND DEFENDANTS' OFFICER STEPHANIE CLEVINGER AND TIFFANY BONNELL'S JOINDER TO DEFENDANTS' CLARK COUNTY, CLARK COUNTY ANIMAL CONTROL AND CHIEF JASON ALLSWANG'S MOTION TO DISMISS** |

PLAINTIFF, KIMBERLY TERESE ASKEW, individually, by and through her counsel, PAOLA M. ARMENI, ESQ., of the law firm of Gentile Cristalli Miller Armeni Savarese, and Defendants (collectively "Defendants") Clark County, Clark County Animal Control, Chief Jason Allswang, Officer Stephanie Clevinger and Officer Tiffany Bonnell, by and through their counsel, Thomas Dillard, Jr., Esq., with the law firm of Olson, Cannon, Gormley, Angulo & Stoberski, hereby respectfully submit this Stipulation and Order Extending Time For Plaintiff to Respond to Defendants' Motion to Dismiss (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file a response to Defendants' Motion to Dismiss.

. . .

Askew – SAO to Extend Time to Respond to MTD.

Gentile Cristalli<br>Miller Armeni Savarese<br>Attorneys At Law<br>410 S. Rampart Blvd. #420<br>Las Vegas, NV 89145<br>(702) 880-0000

Plaintiff's Counsel has been in trial preparation, in which trial is scheduled to commence on Monday, January 28, 2019 in the matter of *Angel Landeros and Amelia Villalba vs. Las Vegas Metropolitan Police Department, et al*. The instant extension is requested as Plaintiff's Counsel requires additional time to file a response to the Defendants' Motion to Dismiss.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including February 11, 2019, for Plaintiff to file a response to Defendants' Motion to Dismiss. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Defendants' Motion to Dismiss.

DATED this  28th    day of January, 2019.   Dated this  28th day of January, 2019.

GENTILE CRISTALLI  
MILLER ARMENI SAVARESE

OLSON, CANNON, GORMLEY  
ANGULO & STOBERSKI

By:  /s/ Paola M. Armeni  
PAOLA M. ARMENI  
Nevada Bar No. 8357  
410 South Rampart Blvd.,  
Suite 420  
Las Vegas, Nevada 89145  
*Attorneys for Plaintiff, Kimberly Askew*

By:  /s/ Thomas D. Dillard  
THOMAS D. DILLARD  
Nevada Bar No. 6270  
9950 W. Cheyenne Ave.  
Las Vegas, Nevada 89129  
*Attorneys for Defendants, Clark County, Clark County Animal Control, Chief Jason Allswang, Officer Stephanie Clevinger and Officer Tiffany Bonnell*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE  
Dated: January 28, 2019.

Askew – SAO to Extend Time to Respond to MTD.