LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Sandra Southwell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY ANIMAL CONTROL; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity; DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>Defendants. | CASE NO.: 2:18-cv-02026-APG-PAL<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT SANDRA SOUTHWELL'S MOTION FOR LEAVE TO RE-OPEN PLAINTIFF ASKEW'S DEPOSITION [ECF NO. 44]** |

Defendant Sandra Southwell ("Southwell"), by and through her counsel, Kaempfer Crowell, and Defendant, Kimberly Terese Askew ("Plaintiff"), by and through her counsel, Paola M. Armeni, Esq. of Gentile Cristalli Miller Armeni Savarese, hereby respectfully submit this Stipulation, Request and Order Extending Time to File a Reply In Support of Defendant Sandra Southwell's Motion for Leave to Re-Open Plaintiff Askew's Deposition [ECF No. 44],

(the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file a Reply.

Defendant Sandra Southwell's Motion for Leave to Re-Open Plaintiff Askew's Deposition, [ECF No. 44] (the "Motion") was filed on November 7, 2019. Plaintiff's Response was filed on November 21, 2019, making the deadline for Southwell to file a Reply November 28, 2019. This Court has set this Motion and other motions filed for hearing on January 21, 2020. [ECF No. 48]

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including December 9, 2019, for Southwell to file a Reply in support of the Motion. Southwell's Counsel requires a few additional days due to the holidays.

DATED this 22ND day of November, 2019.

| KAEMPFER CROWELL | CLARK HILL PLC |
|---|---|
| By: /s/ Lyssa S. Anderson<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Sandra Southwell** | By: /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>3800 Howard Hughes Pkwy., #500<br>Las Vegas, Nevada 89169<br>**Attorneys for Plaintiff** |

**IT IS SO ORDERED**

**DATED: November 24, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**