| | |
|---|---|
| 1 | CLARK HILL PLLC |
| | PAOLA M. ARMENI |
| 2 | Nevada Bar No. 8357 |
| | Email: parmeni@clarkhill.com |
| 3 | 3800 Howard Hughes Pkwy., #500 |
| | Las Vegas, Nevada 89169 |
| 4 | Tel: (702) 862-8300 |
| | Fax: (702) 862-8400 |
| 5 | *Attorneys for Plaintiff* |
| | *Kimberly Terese Askew* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW, | CASE NO. 2:18-cv-02026-APG-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CLARK COUNTY DEFENDANTS' MOTION TO COMPEL INDEPENDENT PSYCHOLOGICAL EXAMINATION OF PLAINTIFF (1ST REQUEST)** |
| CLARK COUNTY, NEVADA; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV, | |
| Defendants. | |

Plaintiff, Kimberly Terese Askew, by and through her counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC; Clark County Defendants: Clark County, Chief Jason Allswang, Officer Stephanie Clevinger, Officer Tiffany Bonnell and the Animal Foundation, by and through their attorneys of record, Thomas D. Dillard, Esq., and Stephanie A. Barker, Esq. of the law firm Olson, Cannon, Gormley, Angulo & Stoberski; move this court to extend the time for Plaintiff Askew to respond to Clark County Defendants' Motion to Compel Independent Psychological Examination of Plaintiff. This is the first request for an extension of time to file a response to Clark County Defendants' Motion to Compel Independent Psychological Examination of Plaintiff.

Clark County's Motion to Compel Independent Psychological Examination of Plaintiff [ECF 47] was filed on November 18, 2019. Plaintiff's Response is due December 2, 2019. This Court has set this Motion and other motions filed for hearing on January 21, 2020. [ECF 48]

Upon agreement by and between Ms. Askew and Clark County Defendants, the undersigned respectfully requests that this Court grant an extension of time in which Plaintiff's Response to Clark County Defendants' Motion to Compel Independent Psychological Examination currently due December 2, 2019, be extended for a period of seven (7) days up to and including December 9, 2019. This request is made to allow a small extension of time due to the Thanksgiving holiday and will not delay any ruling on this matter as the hearing is set in January of 2020. This request is made in good faith and not for purposes of delay.

DATED this 26th day of November 2019.

CLARK HILL, PLLC

 /s/ Paola M. Armeni

PAOLA M. ARMENI
Nevada Bar No. 8357
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
*Attorneys for Plaintiff, Kimberly Terese Askew*

DATED this 26th day of November 2019.

OLSON, CANNON, GORMLEY ANGULO & STOBERSKI

 /s/ Stephanie A. Barker

THOMAS D. DILLARD
Nevada Bar No. 6270
STEPHANIE A. BARKER
Nevada Bar No. 3176
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Tel: (702) 384-4012
*Attorneys for Clark County, Chief Jason Allswang, Officer Stephanie Clevinger Officer Tiffany Bonnell and the Animal Foundation*

**IT IS SO ORDERED**

**DATED: December 02, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**