| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | CLARK HILL PLLC<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>Email: parmeni@clarkhill.com<br>3800 Howard Hughes Pkwy., #500<br>Las Vegas, Nevada 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>*Attorneys for Plaintiff, Kimberly Terese Askew* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY TERESE ASKEW,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>Defendants. | CASE NO. 2:18-cv-02026-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO CLARK COUNTY DEFENDANTS' MOTION TO COMPEL INDEPENDENT PSYCHOLOGICAL EXAMINATION OF PLAINTIFF**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Kimberly Terese Askew, by and through her counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC; Clark County Defendants: Clark County, Chief Jason Allswang, Officer Stephanie Clevinger, Officer Tiffany Bonnell and the Animal Foundation, by and through their attorneys of record, Thomas D. Dillard, Esq., and Stephanie A. Barker, Esq. of the law firm Olson, Cannon, Gormley, Angulo & Stoberski; and Defendant Detective Sandra Southwell, by and through her counsel, Lyssa S. Anderson, Esq., and Ryan Daniels, Esq., of the law firm of Kaempfer Crowell, that the deadline for the Plaintiff's Response to Clark County's Motion to Compel Independent Psychological Examination of Plaintiff [ECF 47] be extended from December 9, 2019 to January 6, 2020. This Court has set this Motion and other motions filed for hearing on January 21, 2020. [ECF 48]

This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court. This is the second request for an extension of time to file a response to Clark County Defendants' Motion to Compel Independent Psychological Examination of Plaintiff. The parties stipulate to this request as they are actively working together to formulate an agreement as it relates to the Independent Psychological Examination. This will not conflict with the current hearing date. If an agreement is reached, that will alleviate the court's resources in resolving the Motion. For these reasons, it is respectfully requested that this Honorable Court extend the response deadline from December 9, 2019 to January 6, 2020. Clark County Defendants' Reply would be due January 13, 2020.

DATED this 6th day of December, 2019.

CLARK HILL, PLLC

/s/ Paola M. Armeni
PAOLA M. ARMENI
Nevada Bar No. 8357
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
*Attorneys for Plaintiff, Kimberly Terese Askew*

DATED this 6th day of December, 2019.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

/s/ Stephanie A. Barker
THOMAS D. DILLARD
Nevada Bar No. 6270
STEPHANIE A. BARKER
Nevada Bar No. 3176
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Tel: (702) 384-4012
*Attorneys for Clark County, Chief Jason Allswang, Officer Stephanie Clevinger Officer Tiffany Bonnell and theAnimal Foundation*

DATED this 6th day of December 2019.

KAEMPFER CROWELL

/s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 792-7000
*Attorneys for Defendant Sandra Southwell*

**IT IS SO ORDERED:**
Dated this 9th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE