THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Email: tdillard@ocgas.com
sbarker@ocgas.com
*Attorneys for Defendants Clark County,
Jason Allswang, Stephanie Clevinger, Tiffany Bonnell,
and The Animal Foundation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity; DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>Defendants. | CASE NO: 2:18-cv-02026-APG-BNW<br><br>**JOINT STATUS REPORT**<br>**Re: ECF Nos. 46 and 47** |

COME NOW Plaintiff and Defendants, by and through their undersigned counsel of record, and in compliance with the Court's Order of January 8, 2020, (ECF No. 63), hereby submit this Joint Status Report Regarding ECF Nos. 46 and 47:

ECF No. 46 – "Motion to Compel Independent Psychological Examination of Plaintiff and to Extend Discovery Deadlines Accordingly," by Defendants CLARK COUNTY, JASON ALLSWANG, STEPHANIE CLEVINGER, TIFFANY BONNELL, and THE ANIMAL FOUNDATION; and

ECF No. 47 – "Motion to Extend Time (Second Request), Discovery Deadlines Re: ECF No. 36," filed in conjunction with ECF No. 46;

are made moot by this Court's January 8, 2020 Order (ECF No. 63) granting the parties' "Stipulation and Order Re: Rule 35 Psychological Examination of Plaintiff and Extension of Expert Disclosure Deadlines Accordingly" (ECF No. 62).

DATED this 9th day of January, 2020.

CLARK HILL, PLLC

/s/ Paola M. Armeni
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, Nevada 89169
parmeni@clarkhill.com
*Attorneys for Plaintiff*

DATED this 9th day of January, 2020.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Stephanie A. Barker
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
9950 West Cheyenne Avenue
Las Vegas, NV 89129
tdillard@ocgas.com
sbarker@ocgas.com
*Attorneys for Defendants Clark County, Jason Allswang, Stephanie Clevinger, Tiffany Bonnell, and The Animal Foundation*

DATED this 9th day of January, 2020.

KAEMPFER CROWELL

/s/ Lyssa S. Anderson
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendant Sandra Southwell*

**IT IS SO ORDERED**

**DATED: January 10, 2020**

**In light of the parties joint status report (ECF No. 64), IT IS ORDERED that ECF Nos. 46 and 47 are DENIED as moot.**

_[signature]_

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**