CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
3800 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
*Attorneys for Plaintiff, Kimberly Terese Askew*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY ANIMAL CONTROL; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>Defendants. | CASE NO. 2:18-cv-02026-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO: (1) DEFENDANT SANDRA SOUTHWELL'S MOTION FOR SUMMARY JUDGMENT ON ASKEW'S FOURTH AND FIFTH CAUSES OF ACTION (ECF NO. 79); (2) DEFENDANT ANIMAL FOUNDATION'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 80); (3) DEFENDANTS JASON ALLSWANG, CLARK COUNTY ANIMAL CONTROL, STEPHANIE CLEVINGER'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE: FOURTH AND FIFTH CAUSES OF ACTION (ECF NO. 81) AND (4) REPLY TO DEFENDANT SANDRA SOUTHWELL'S RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EXPERT ROBERT C. WILLIS (ECF NO. 93)** |

///

1 of 3

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff KIMBERLY TERESE ASKEW through her attorney PAOLA M. ARMENI, ESQ., and GIA N. MARINA, ESQ., of the law firm CLARK HILL, and by Defendants CLARK COUNTY, JASON ALLSWANG, STEPHANIE CLEVINGER, TIFFANY BONNELL and THE ANIMAL FOUNDATION through their attorneys THOMAS D. DIILLARD, JR., ESQ., and STEPHANIE A. BARKER, ESQ., of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and by Defendant SANDRA SOUTHWELL through her attorney LYSSA S. ANDERSON, ESQ., and RYAN DANIELS of the law firm KAEMPFER CROWELL, that the deadline to submit responses to the following pleadings (1) Defendant Sandra Southwell's Motion for Summary Judgment on Askew's Fourth and Fifth Causes of Action (ECF No. 79), (2) Defendant Animal Foundation's Motion for Summary Judgment (ECF No. 80), (3) Defendants Jason Allswang, Clark County Animal Control, Stephanie Clevinger's Motion for Partial Summary Judgment Re: Fourth and Fifth Causes of Action (ECF No. 81) And (4) Reply to Defendant Sandra Southwell's Response to Plaintiff's Motion in Limine to Exclude Expert Robert C. Willis (ECF No. 93) with the current deadline of August 10, 2020 be extended to and including August 24, 2020.

This Stipulation is entered for the following reasons:

1. On July 20, 2020, Defendants filed three Motions for Summary Judgment. (See ECF 79, 80, and 81).

2. On August 3, 2020, Defendant Southwell filed a Response to Plaintiff's Motion in Limine to Exclude Expert Robert C. Willis. (ECF No. 93).

3. The current deadline to respond to all four pleadings is August 10, 2020.

4. Due the amount of pleadings as well as the complex nature of the issues addressed in the pleadings, Plaintiff's counsel seeks additional time to respond and file her responses to the 3 Motions for Summary Judgment and 1 Reply to the Response to the Motion in Limine.  The defense has no objection to the request for an extension of time.

5. This request is made in good faith and not for purposes of delay.

/ / /

1      6.   This is the first request for extension of time to file a response to these Motions.

2      DATED this 5th day of August, 2020.          DATED this 5th day of August, 2020

3      CLARK HILL, PLLC                             OLSON CANNON GORMLEY
                                                    & STOBERSKI
4       /s/ Paola M. Armeni, Esq.
                                                     /s/ Thomas D. Dillard, Jr. Esq.
5      _____                     _____
       PAOLA M. ARMENI, ESQ.                       THOMAS D. DILLARD, JR., ESQ.
6      Nevada Bar No. 8357                          Nevada Bar No. 6270
       GIA N. MARINA, ESQ.                         STEPHANIE A. BARKER, ESQ.
7      Nevada Bar No. 15276                         Nevada Bar No. 3176
       3800 Howard Hughes Pkwy., #500              9950 W. Cheyenne Ave
8      Las Vegas, Nevada 89169                      Las Vegas, Nevada 89129
9      *Attorneys for Plaintiff, Kimberly Terese*   *Attorneys for Defendants, Clark County,*
       *Askew*                                      *Clark County Animal Control, Chief Jason*
10                                                  *Allswang, Officer Stephanie Clevinger and*
       DATED this 5th day of August, 2020.         *Officier Tiffany Bonnell*
11
       */s/ Lyssa S. Anderson, Esq.*
12     _____
       LYSSA S. ANDERSON, ESQ.
13     Nevada Bar No. 5781
       RYAN W. DANIELS, ESQ.
14     Nevada Bar No. 13094
       1980 Festival Plaza Drive, Ste. 650
15     Las Vegas, Nevada 89135
       *Attorneys for Defendant*
16     *Sandra Southwell*

17

18                              **ORDER**

19          **IT IS SO ORDERED** that the deadline of the Responses to the following pleadings ECF

20     79, 80, 81, and 93 is extended from August 10, 2020 to August 24, 2020.

21

22     _____

23     **ANDREW GORDON**
       **UNITED STATES DISTRICT COURT JUDGE**

24

25     **DATED** this __5th__ day of __August__, 2020.

26

27

28

ClarkHill\J1769\392804\260411988.v3-8/5/20