THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Email: tdillard@ocgas.com
        sbarker@ocgas.com
*Attorneys for Defendants Clark County,*
    *Jason Allswang, Stephanie Clevinger, Tiffany Bonnell,*
    *and The Animal Foundation*

*Law Offices of*
OLSON CANNON GORMLEY & STOBERSKI
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012      Fax (702) 383-0701

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW, | CASE NO: 2:18-cv-02026-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION (FIRST REQUEST) AND ORDER TO EXTEND DEADLINE TO FILE REPLES TO PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| CLARK COUNTY, NEVADA; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity; DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV, | |
| Defendants. | |

**STIPULATION (FIRST REQUEST) AND ORDER TO EXTEND DEADLINE
TO FILE REPLIES TO PLAINTIFF'S RESPONSES AS FOLLOWS:
(1) PLAINTIFF'S RESPONSE (ECF NO. 101) TO CLARK COUNTY
DEFENDANTS' COUNTER-MOTION TO DECLARE CCC §10.32.020
CONSTITUTIONAL [ECF NO. 97];
(2) PLAINTIFF'S RESPONSE (ECF 104) TO DEFENDANT ANIMAL
FOUNDATION'S MOTION FOR SUMMARY JUDGMENT (ECF 80);**

**(3) PLAINTIFF'S RESPONSE (ECF 105) TO DEFENDANT SOUTHWELL'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FOURTH AND FIFTH CAUSES OF ACTION [ECF 79]; AND (4) PLAINTIFF'S RESPONSE (ECF 106) TO CLARK COUNTY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE FOURTH AND FIFTH CAUSES OF ACTION [ECF 81]**

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants CLARK COUNTY, JASON ALLSWANG, STEPHANIE CLEVINGER, TIFFANY BONNELL and THE ANIMAL FOUNDATION through their attorneys THOMAS D. DILLARD, JR., ESQ. and STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI; and by Defendant SANDRA SOUTHWELL through her attorney LYSSA S. ANDERSON, ESQ. of the law firm KAEMPFER CROWELL; and by Plaintiff KIMBERLY TERESE ASKEW through her attorney PAOLA M. ARMENI, ESQ., of the law firm CLARK HILL, that the time for Defendants' Replies to Plaintiff's Responses to Motions as set forth below, may be extended:

(1)   Plaintiff's Response (ECF No. 101) to Clark County Defendants' Counter-Motion to Declare CCC §10.32.020 Constitutional [ECF No. 97]

(2)   Plaintiff's Response (ECF No. 104) to Defendant The Animal Foundation's Motion for Summary Judgment [ECF No. 80];

(3)   Plaintiff's Response (ECF No. 105) to Defendant Sandra Southwell's Motion For Summary Judgment on Plaintiff's Fourth and Fifth Causes of Action [ECF No. 79]; and

(4)   Plaintiff's Response (ECF No. 106) to Clark County Defendants' Motion for Partial Summary Judgment Re: Fourth and Fifth Causes of Action [ECF No. 81].

The current deadline for Replies to all four Responses is September 7, 2020.

The requested modified deadline is September 18, 2020.

This first request for an extension is made due to the complex nature of the issues addressed in these motions, the number of replies due on the same date, and at Defendants' counsels' request to accommodate conflicting scheduling.

This request is made by consent of all parties, is made in good faith, and not for the purposes of delay.

This is the first request for an extension of the reply deadlines regarding the subject motion responses.

RESPECTFULLY SUBMITTED:

DATED this 28th day of August, 2020.
CLARK HILL, PLLC

/s/ *Paola M. Armeni*
_____
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, Nevada 89169
parmeni@clarkhill.com
*Attorneys for Plaintiff*


DATED this 28th day of August, 2020.
KAEMPFER CROWELL

/s/ *Lyssa S. Anderson*
_____
Lyssa S. Anderson, Esq.
Nevada Bar No. 5781
Ryan W. Daniels, Esq.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendant Sandra Southwell*

/ / /

DATED this 28th day of August, 2020.
OLSON CANNON GORMLEY &
STOBERSKI

/s/ *Stephanie A. Barker*
_____ _____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 003176
9950 West Cheyenne Avenue
Las Vegas, NV 89129
tdillard@ocgas.com
sbarker@ocgas.com
*Attorneys for Defendants Clark County,*
  *Jason Allswang, Stephanie Clevinger,*
  *Tiffany Bonnell, and The Animal Foundation*

*Law Offices of*
OLSON CANNON GORMLEY & STOBERSKI
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

## ORDER

**IT IS SO ORDERED** that the deadline for Defendants' Replies to Plaintiff's Responses filed as ECF No.'s 101,104, 105 and 106 is extended from September 7, 2020 to September 18, 2020.

DATED: September 1, 2020

ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE