LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant
Sandra Southwell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY TERESE ASKEW,<br><br>     Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; CLARK COUNTY ANIMAL CONTROL; CHIEF JASON ALLSWANG, in his individual capacity; OFFICER STEPHANIE CLEVINGER, in her individual capacity; OFFICER TIFFANY BONNELL, in her individual capacity; DETECTIVE SANDRA SOUTHWELL, in her individual capacity; THE ANIMAL FOUNDATION; and DOES I through XXV,<br><br>     Defendants. | CASE NO.:   2:18-cv-02026-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, Sandra Southwell ("Southwell") and Plaintiff, Kimberly Terese Askew ("Plaintiff"), by and through their respective counsel, that Plaintiff's sole remaining claim against Southwell for state law

1  conversion is hereby dismissed with prejudice, with each party to bear their own attorney's fees

2  and costs as to this sole remaining claim.

3       DATED this 3rd day of November, 2022.

4  KAEMPFER CROWELL            CLARK HILL LLP

By: */s/ Lyssa S. Anderson*           By: */s/ Paola M. Armeni*
Lyssa Anderson (NV Bar # 5781)        Paola M. Armeni
Ryan Daniels (NV Bar # 13094)         3800 Howard Hughes Pkwy, Ste. 500
1980 Festival Plaza Dr. Ste. 650        Las Vegas, Nevada 89169
Las Vegas, Nevada 89135

***Attorneys for Defendant***           ***Attorneys for Plaintiff***
***Sandra Southwell***                ***Kimberly Terese Askew***

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: November 4, 2022